CITY OF NORWALK *v.* GIGI A. VAN DYKE

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Leonard E. Trojanowski, Jr.,* assistant corporation counsel, in support of the petition.
*Raymond W. Ganin,* in opposition.

Submitted September 30—decided October 6, 1976

AMERCOAT CORPORATION *v.* TRANSAMERICA INSURANCE COMPANY ET AL.

The plaintiff's motion to dismiss the appeal of the defendants Edmund J. Pfotzer and E. John Pfotzer from the Superior Court in Fairfield County at Stamford is granted.

*Harry M. Lessin,* for the appellee (plaintiff).
*Edmund J. Pfotzer,* pro se, the appellant (defendant).